No. 137. JAY A. LARKIN v. E. H. PAUGH AND LINCOLN SAFE DEPOSIT COMPANY. Error to the Supreme Court of the State of Nebraska. Argued December 9, 1927. Decided December 9, 1927. *Per Curiam.* Dismissed for want of jurisdiction. Writ of certiorari granted. *Mr. Jay A. Larkin, pro se. Mr. Karl J. Knoepfler* for defendants in error.

---

No. —, original. EX PARTE JOSEPH Y. SAUNDERS. December 12, 1927. The petition for a writ of mandamus against R. W. Walker, judge of the Circuit Court of Appeals for the Fifth Circuit, is denied. *Mr. Joseph Y. Saunders, pro se.*

---

No. 98. CHESAPEAKE AND OHIO RAILWAY COMPANY v. K. S. LEITCH. On writ of certiorari to the Supreme Court of Appeals of the State of West Virginia. Submitted November 29, 1927. Decided December 12, 1927 *Per Curiam.* The judgment of the Supreme Court of Appeals of the State of West Virginia in this case is affirmed by an equally divided Court. *Mr. Douglas W. Brown* for petitioner. *Messrs. George B. Martin, John H. Holt* and *Rufus S. Dinkle* for respondent.